

*Manual for Courts–Martial, United States* app. 16 at A16–1—A16–6 (2008 ed.) be revised. *See United States v. Politte*, 63 M.J. 24, 26 n.11 (C.A.A.F. 2006). Accordingly, it is ordered that said petition is hereby granted, and the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.**

No. 11–0278/AR. U.S. v. Tommy R. Estes. CCA 20090385. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 11–0292/MC. U.S. v. Joseph J. Karras. CCA 201000340. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

Misc. No. 11–8018/NA. U.S. v. Richard T. Pearce. CCA 201100110. On consideration of the writ-appeal petition and Appellant's motion to stay the proceedings, it is ordered that said motion is hereby denied, and that said writ-appeal is hereby denied.

No. 11–0345/AR. U.S. v. Daniel L. Staley. CCA 20080477. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including March 24, 2011, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

** It is noted that the military judge neglected to order certain portions of the record sealed under MRE 412. Accordingly, the Clerk is directed to seal pages 98–116, 129–33, AE V, AE XII, and AE XXIV.